RAYMOND LEVIER, ETC., ET AL. v. LUMBERMENS MUTUAL
CASUALTY COMPANY, ETC., ET AL.

February 21, 1989.

Petition for certification denied.

JOYCE CARR v. H. THOMAS CARR.

February 21, 1989.

Petition for certification granted.   (See 229 *N.J.Super.* 370)

MELVIN ARTURO RAMIREZ, ETC., ET AL. v. ALEXANDER'S,
INC., ET AL.

February 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT SANDERS.

February 21, 1989.

Petition for certification denied.